77 F.3d 461
 Alfred P. Benedict
v.
John R. Brosius, William J. Moran Anthony B. Andrezeski,
Robert A. Bittenbender, David J. Brightbill, Catherine Baker
Knoll, Charles J. Lieberth, Nicholas Maiale, Harold F.
Mowery, Jr., K. Paul Muench, James J. Gallen, Gibson E.
Armstrong, Albert Olenzak, James M. White, James W. Brown,
Edward J. Keller, Joseph R. Pitts
 NO. 95-7295
 United States Court of Appeals,
Third Circuit.
 Jan 31, 1996
 
 Appeal From: M.D.Pa., No. 94-cv-02027,
 Caldwell, J.
 
 
 1
 AFFIRMED.